UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY KNIGHT,<br><br>            Plaintiff,<br><br>     v.<br><br>NKIRUKA NOV, et al.,<br><br>            Defendants. | Case No. 1:20-cv-01325-EPG (PC)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THE DOCKET SHEET AND GRANTING PLAINTIFF ADDITIONAL TIME TO RESPOND TO SCREENING ORDER<br><br>(ECF No. 11) |

Bobby Knight ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes state law claims.

On November 30, 2020, Plaintiff filed a letter. (ECF No. 11). In the letter, Plaintiff states that he was recently transferred. He left behind all his legal papers and notes. Plaintiff has sent for his property to be forwarded to his new address, but he was told it will be two to three weeks before it arrives. Plaintiff asks for a copy of the docket sheet and whether the United States Marshal has delivered the summonses to the defendants.

The Court will grant Plaintiff's request for a copy of the docket sheet. Additionally, as it appears that Plaintiff was transferred before receiving the Court's screening order,[1] the Court will grant Plaintiff additional time to respond to the screening order.

As to Plaintiff's question regarding whether the United States Marshal has delivered the summonses to the defendants, this case is currently at the screening stage. If this case proceeds

---

[1] The screening order was sent to Plaintiff's new address on November 18, 2020.

against any defendants, the Court will authorize service of process on those defendants.

Accordingly, based on the foregoing, IT IS ORDERED that:

1. The Clerk of Court is directed to send Plaintiff a copy of the docket sheet; and
2. Plaintiff has until January 8, 2021, to respond to the Court's screening order (ECF No. 9).

IT IS SO ORDERED.

Dated: **December 1, 2020**         /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE