UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY KNIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>NKIRUKA NOV, et al.,<br><br>        Defendants. | No. 1:20-cv-01325-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. Nos. 1, 9, 20) |

    Bobby Knight ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes state law claims. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On December 9, 2020, the assigned magistrate judge entered findings and recommendations, recommending that "all claims and defendants be dismissed, except for Plaintiff's Eighth Amendment claim against defendant Edwards for deliberate indifference to his serious medical needs." (Doc. No. 16 at 2.)

    Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and plaintiff did not file objections. Plaintiff did file a motion to dismiss a claim against certain defendants (Doc. No. 20), which appears to be a statement of non-opposition to the findings and recommendations (at least in

1

part).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 9, 2020, (Doc. No. 16), are adopted in full;
2. All claims and defendants are dismissed, except for Plaintiff's Eighth Amendment claim against defendant Edwards for deliberate indifference to his serious medical needs; and
3. The Clerk of Court is directed to reflect the dismissal of all defendants on the court's docket, except for defendant Edwards.

IT IS SO ORDERED.

Dated:   **January 7, 2021**

UNITED STATES DISTRICT JUDGE