# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY KNIGHT,<br><br>  Plaintiff,<br><br>  v.<br><br>BOB EDWARDS,<br><br>  Defendant. | Case No. 1:20-cv-01325-NONE-EPG (PC)<br><br>ORDER VACATING WRIT, DATES, AND DEADLINES<br><br>(ECF Nos. 32, 34 & 35)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE LITIGATION COORDINATOR AT DEUEL VOCATIONAL INSTITUTION<br><br>ORDER DIRECTING CLERK TO ASSIGN A DISTRICT JUDGE AND CLOSE THE CASE |

On April 21, 2021, Defendant filed a notice of settlement and request to vacate early settlement conference (ECF No. 34), along with a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees (ECF No. 35).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, IT IS ORDERED that:

1. The order and writ of habeas corpus ad testificandum issued on April 6, 2021, which directed the Warden to produce Bobby Knight, CDCR #BB-9858, for a settlement conference on May 4, 2021, is VACATED;
2. All pending dates and deadlines are VACATED;
3. The Clerk of Court is directed to serve a copy of this order on the litigation coordinator at Deuel Vocational Institution via e-mail; and

4. The Clerk of Court is DIRECTED to assign a district judge to this case for the purpose of closing the case and then to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **April 22, 2021**                              /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE